FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 26  PM 4: 46

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DeANDRE DERELL CURRINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN W. PAUL and DEBRA KIGHT, )<br>)<br>Defendants. ) | Case No. CV606-59 |

## REPORT AND RECOMMENDATION

In an order dated June 28, 2006, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. The Court warned plaintiff that his failure to return these forms by July 28, 2006, would result in a recommendation that this case be dismissed. Since plaintiff has not returned these forms, this case should be DISMISSED.[1]

**SO REPORTED AND RECOMMENDED** this 25^TP day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Additionally, an Order directing plaintiff to complete and return the above forms was returned twice to the Court undelivered because plaintiff had been paroled. Plaintiff's neglect in prosecuting his case and his failure to provide the Court with a current address clearly demonstrate that plaintiff has lost interest in his case. Accordingly, plaintiff's complaint should also be DISMISSED for want of prosecution. See Fed. R. Civ. P. 41(b); Local Rule 41.1(c).